FILED: January 21, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2178 (L)
(2:13-cv-01303-DCN)

_____

M. C., a minor by and through his parents Pamela Crawford and John Mark Crawford

   Plaintiff - Appellee

v.

DR. JAMES AMRHEIN

   Defendant - Appellant

 and

DR. IAN AARONSON; DR. YAW APPIAGYEI-DANKAH; KIM AYDLETTE; MEREDITH WILLIAMS; CANDICE DAVIS, a/k/a Candi Davis; MARY SEARCY; DOE 1, Unknown South Carolina Department of Social Services Employee; DOE 2, Unknown South Carolina Department of Social Services Employee; DOE 3, Unknown South Carolina Department of Social Services Employee

   Defendants

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to file separate

briefs, the court grants the motion, the combined length of which shall not exceed the length limitations established by Rule 32(a)(7) of Federal Rules of Appellate Procedure.  The appellees shall file a single brief in response.

    All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(b).

                              For the Court--By Direction

                              /s/ Patricia S. Connor, Clerk